**Clair G. Burrill, Esq. - SBN 63930**
**Clair G. Burrill, P.C.**
**501 S. Reino Road, Suite 300**
**Thousand Oaks, CA 91320**
**Phone: (805) 375-1144**
**Fax: (805) 375-1146**
**E-mail: ClairBurrill@gmail.com**

**JD Sanchez, Esq. - SBN 246598**
**JD Sanchez, Attorney at Law**
**4101 McGowen Street, Suite 110-234**
**Long Beach, CA 90808**
**Phone: (949) 929-8730**
**Fax: (888) 875-8525**
**E-mail: jdsanchez.esq@gmail.com**

**Attorneys for Plaintiffs**
**Steve Cooper, Jon Sandler, and**
**Greylyn Johnson**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **STEVE COOPER, et al.**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**HYBE CO., LTD., et al.**<br><br>**Defendants.** | **Case No. 2:26-CV-07412**<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**First Amended Complaint filed: July 13, 2026**<br><br>**Proposed new service date: November 21, 2026** |

Whereas, on October 20, 2026, this Court ordered Plaintiffs to show cause why the Court should not dismiss Defendants Derrick Gray, James Essien, Sean Foreman, and Kirsten Spencer ("Unserved Defendants") based on Plaintiffs' failure to serve the Complaint within the Rule 4(m) period. See Fed. R. Civ. P. 4(m)

Whereas, Plaintiffs served six of the named defendants and exercised and continues to exercise due diligence in efforts to locate and serve the Unserved Defendants as shown in the Declaration of Jorge Mendez attached hereto and made a part hereof.

Plaintiffs also inform the Court that Plaintiffs' counsel was contacted by a solicitor in London claiming to represent James Essien and stating that Mr. Essien is a resident of London. As such, Plaintiffs respectfully point out that service upon Mr. Essien is not subject to Rule 4(m).

Now, therefore, Plaintiffs respectfully request the Court to discharge its Order to Show Cause and extend Plaintiffs' time to serve the Unserved Defendants on or before November 21, 2026.

Dated: October 22, 2026

Respectfully submitted,

Clair G. Burrill, Esq.

JD Sanchez, Esq.
Attorneys for Plaintiffs, Steve Cooper, Jon Sandler, and Greylyn Johnson