UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:26-cv-07412-ODW (PDx) | Date | October 23, 2026 |
| Title | *Steve Cooper, et al., v. HYBE Co., Ltd, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**

On October 20, 2026, the Court ordered Plaintiffs to show cause why the Court should not dismiss Defendants James Essien, Sean Foreman, Derrick Gray, and Kirsten Spencer based on Plaintiffs' failure to serve the Complaint within the Federal Rule of Civil Procedure ("Rule") 4(m) period. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). On October 22, 2026, Plaintiffs responded to the order to show cause. (Resp., Dkt. No. 35.)

The Court **ORDERS** as follows:

- Having reviewed the Plaintiffs' Response, and finding good cause therein, the Court **EXTENDS** Plaintiffs' time to serve Sean Foreman and Derrick Gray to **November 21, 2026**.

- Over ninety days have passed since Plaintiffs filed the Complaint in this matter. Plaintiffs' Response indicates that James Essien is a resident of the United Kingdom. (Resp. 2.) While a plaintiff generally has more than the ninety days provided by Rule 4(m) to serve a foreign defendant, the time for service is not unlimited. *See Inst. of Cetacean Rsch. v. Sea Shepherd Conservation Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (observing *Lucas v. Natoli*, 936 F.2d 432 (9th Cir. 1991) "does not preclude the court from setting a reasonable time limit for service in a foreign country to properly manage a civil case"); *City Drinker, Inc. v.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | 2:26-cv-07412-ODW (PDx) | Date | October 23, 2026 |
| Title | *Steve Cooper, et al., v. HYBE Co., Ltd, et al.* | | |

*Kodali*, No. 13-cv-9223-PA (PLAx), 2014 WL 12608565, at *1 (C.D. Cal. Dec. 10, 2014) (making the same observation and citing to other circuits in accord). Accordingly, the Court **ORDERS** Plaintiffs to file a Status Report re: Service of Process on Essien, to be received by the Court no later than **December 15, 2026**. The Status Report shall (1) describe Plaintiffs' efforts to serve Essien thus far and (2) set forth a proposed timeline for effecting service on Essien. Thereafter, and until service is effected, Plaintiffs are **ORDERED** to file supplemental Status Reports every two months, due by the fifteenth day of each month, describing Plaintiffs' continued efforts to serve Essien. Failure to serve Essien by **April 15, 2026**, may result in dismissal of the action without prejudice and without further notice, unless Plaintiffs submit, by that same date, a Request for Extension of Time for Service, backed by good cause and a corresponding evidentiary showing.

- Having reviewed the Plaintiffs' Response, and finding no good cause with respect to Kirsten Spencer therein, the Court **DISMISSES** Kirsten Spencer **WITHOUT PREJUDICE**. Plaintiffs' Response neither indicates any attempts to serve Spencer, nor does it give any reasons for this failure.

The Court **DISCHARGES** its order to show cause. (Dkt. No. 34.)

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE