UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07412-ODW (PDx) | Date | November 4, 2026 |
| Title | *Steve Cooper, et al., v. HYBE Co., Ltd, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

Pursuant to the Plaintiffs' Notice of Dismissal, (Dkt. No. 37), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES WITHOUT PREJUDICE** the above-titled action.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE