AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Central District of California |
|---|---|---|
| DOCKET NO.<br>2:26-cv-07412 ODW | DATE FILED<br>7/8/2026 | |
| PLAINTIFF<br>Steve Cooper, Jon Sandler, and Greylyn Johnson | | DEFENDANT<br>HYBE CO., LTD., HYBE AMERICA INC., BIG HIT MUSIC, Artist Publishing Group, LLC, Derrick Gray aka Derrick Milano, James Essien, Jamison Baken aka Leclair, Ryan Tedder, Tyler Spry, Sean Foreman, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PAu-4-308-121 | SWIM | Steve Cooper, Jon Sandler, and |
| 2 | | Greylyn Johnson |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| x Order ☐ Judgment | ☐ Yes x No | 11/4/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | L Chai | 11/4/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

X 3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07412-ODW (PDx) | Date | November 4, 2026 |
| Title | *Steve Cooper, et al., v. HYBE Co., Ltd, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge |

| | | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

Pursuant to the Plaintiffs' Notice of Dismissal, (Dkt. No. 37), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES WITHOUT PREJUDICE** the above-titled action.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE